**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAXINE R. GRANT,

                Plaintiff,

  -against-                                      25 **CIVIL** 1778 (KMW)

                                                         **JUDGMENT**

MICHAEL E. STEELE, ALL LLCS AND
ASSETS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2025, Plaintiff's second amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

        June 27, 2025

                                                    **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                               **BY:**

                                                        **Deputy Clerk**